01-15-00958-CR

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/17/2015 8:27:19 AM
CHRISTOPHER A. PRINE
Clerk

November 9, 2015

EUSEBIO CHEVO PASTRANO JR.
ATTORNEY OF RECORD
202 TRAVIS, SUITE 307
HOUSTON, TX 77002

Defendant's Name: CLARENCE RAY JOHNSON

Cause No: 1453162

Court: 179TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date: 11/04/15**
**Sentence Imposed Date: 11/04/15**
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record: EUSEBIO CHEVO PASTRANO JR.**

Sincerely,

S. Norris
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

RENEE REAGAN (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas 77210-4651

Cause No. _145316 2_

# THE STATE OF TEXAS

v.

_Clarence Johnson_ , A/K/A/ _____

_179TH_ District Court / County Criminal Court at Law No. _____

## Harris County, Texas

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

On _November 4, 201 5_ (date), the defendant in the above numbered and styled cause gives **FILED** NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☑ MOVES to withdraw.

☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

**FILED**
Chris Daniel
District Clerk

Time: _____

NOV 04 2015

By _____

Harris County, Texas

Deputy

_November 4, 2015_
**Date**

_Joseph S. Oumby_
**Attorney (Signature)**

X _____
**Defendant (Printed name)**

_Joseph S. Oumby_
**Attorney (Printed name)**

_1538655 0_
**State Bar Number**

_708 Main # 790_
**Address**

_713-222-0733_
**Telephone Number**

The defendant (check all that apply):

☒ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☐ ASKS the Court to ORDER that a free record be provided to him.

☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

X _____
**Defendant (Signature)**

_Clarence R. Johnson_
**Defendant's Printed name**

NOV 0 4 2015

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On _____ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☒ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☒ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☐ Counsel's motion to withdraw is **GRANTED / DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

☒ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____(attorney's name & bar card number)
is **APPOINTED** to represent defendant / appellant on appeal.

    ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☒ SET at $ 40,000

☐ TO **CONTINUE** as presently set.

☐ **DENIED** and is **SET** at **NO BOND.** (Felony Only)

DATE SIGNED: NOV 0 4 2015

JUDGE PRESIDING,
_____ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS

# PAUPER'S OATH ON APPEAL

CAUSE NO.: *1453162*

OFFENSE: *Possession of A Controlled Substance*

THE STATE OF TEXAS

*179th* DISTRICT COURT

VS.

OF

*Clarence Johnson*

HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES *Clarence Johnson*, defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

☒ Appoint appellate counsel to represent him.

☒ Asks the court to order that a free record be provided to him.

_____
DEFENDANT

SUBSCRIBED AND SWORN to before me, this _4_ day of _Nov._ A.D., 20_15_.

**FILED**
Chris Daniel
District Clerk
NOV 0 4 2015
Harris County, Texas

Time: _____
By _____
Deputy

_____
DEPUTY DISTRICT CLERK
_179_ DISTRICT COURT
HARRIS COUNTY, TEXAS

## ORDER

On _11-4-2015_ the court conducted a hearing and found that the defendant is indigent.

☒ The court orders that _Checo Pastrano_ is appointed to represent defendant/appellant on appeal.

☒ The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: _Renee Reagan_, by certified mail, return receipt requested.

_____
JUDGE PRESIDING
_179_ DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, _Chevo Pastrano_, Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

_____
ATTORNEY (SIGNATURE)

_2437246_
BAR/SPN NUMBER

_202 Travis, St. 307_
ADDRESS

_Houston TX 77002_
CITY          STATE          ZIP

_713. 222. 1100_
PHONE

_832.218.7114_
FAX NUMBER

_chevo @ pastranolaw. com_
EMAIL ADDRESS

SWORN TO AND SUBSCRIBED BEFORE ME ON _11-4-15_

_____
DEPUTY DISTRICT CLERK (SIGNATURE)
**DISTRICT CLERK**




Cause No. _1453162_

THE STATE OF TEXAS

IN THE _179TH_ DISTRICT COURT

v.

COUNTY CRIMINAL COURT AT LAW NO. _____

_Clarence Johnson_, Defendant

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- ☒ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- ☐ the defendant has waived the right of appeal.

**NOV 0 4 2015**

_____
Judge

_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

_____
Defendant's Counsel

Mailing Address: _____

State Bar of Texas ID number: _1538655O_

Telephone number: _____

Mailing Address: _____

Fax number (if any): _____

Telephone number: _____

**FILED**
Chris Daniel
District Clerk
Time: _____
NOV 04 2015
By _____
Harris County

Fax number (if any): _____

---

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

9/1/2011

# APPEAL CARD 1st

1-3-16

Court
179

Cause No.
1453162

The State of Texas
Vs

Johnson, Clarence

**Date Notice Of Appeal:** NOV 04 2015  11-4-16

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** KRISTIN GUINEY

**Court Reporter** RENEE REAGAN

**Court Reporter** _____

**Court Reporter** _____

**Attorney on Trial** JOSEPH DUMBY

**Attorney on Appeal** TO BE DETERMINED

Appointed ✓  Hired _____

**Offense** PCS 4G-200G

**Jury Trial** Yes ✓  No _____

**Punishment Assessed** 7yrs TDCJ-ID

**Companion Cases (If Known)** N/A

**Amount of Appeal Bond** $0

**Appellant Confined:** Yes ✓  No _____   22/997

**Date Submitted To Appeal Section** NOV 04 2015

**Deputy Clerk** _____